PAMELA E. COGAN (SBN: 105089)
STACY M. TUCKER (SBN: 218942)
BLAKE J. RUSSUM (SBN: 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:            pamela.cogan@rmkb.com;
stacey.tucker@rmkb.com; blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA ARCH,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON DBA LIBERTY MUTUAL, and DOES 1 to 100,<br><br>Defendant. | CASE NO.  2:15-CV-01967-KJM-CKD<br><br>STIPULATION EXTENDING TIME FOR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON TO RESPOND TO PLAINTIFF ANDREA ARCH'S WRITTEN DISCOVERY |

WHEREAS, Defendant Liberty Life Assurance Company of Boston's ("Liberty") responses to Plaintiff Andrea Arch's ("Plaintiff") Interrogatories, Set One, Request for Admission, Set One, and Request for Production of Documents, Set One, are currently due to be served on or before March 25, 2016;

WHEREAS, the parties agree that it would be a more efficient use of time and resources to engage in discovery after the parties have engaged in informal settlement negotiations, which have commenced and are currently ongoing;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Andrea Arch and Defendant Liberty Life Assurance Company of Boston that the date by which Defendant's responses to Plaintiff's Interrogatories, Set One, Request for Admission, Set One, and Request for

Production of Documents, Set One must be served has been extended, and the responses shall be due to be served on or before April 15, 2016.

      IT IS SO STIPULATED.

Dated: March 22, 2016　　　　　　　　　　DAVID ALLEN & ASSOCIATES

By: */s/ David Allen*
    DAVID ALLEN
    Attorneys for Plaintiff
    ANDREA ARCH

Dated: March 22, 2016　　　　　　　　　　ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
    PAMELA E. COGAN
    STACY M. TUCKER
    BLAKE J. RUSSUM
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

**ORDER**

      IT IS SO ORDERED.

Dated: March 24, 2016

_____
UNITED STATES DISTRICT JUDGE